UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 2:23-cr-20588

v.                                       Honorable Susan K. DeClercq
                                              United States District Judge

DEANDRE MARTEZ GRAHAM,

       Defendant.
_____/

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL (ECF No. 69)**

The Government seeks leave to file under seal Exhibit C to its response to Defendant's motion *in limine* regarding the victim's bias. ECF No. 69. The Government says that filing under seal is necessary because Exhibit C includes an excerpt of the victim's grand-jury testimony, and grand-jury proceedings are secret. *Id.* Defense counsel does not object. *Id.*

"There is a strong presumption in favor of open judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). "The burden of overcoming that presumption is borne by the party that seeks to seal them." *Id.* (citing *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001)). In determining whether to seal records, courts must consider "why the interests in support of

nondisclosure are compelling, why the interests supporting access are less so, and why the seal itself is no broader than necessary." *Id.* at 306.

After considering the relevant factors, this Court finds that there are compelling reasons to permit the exhibit, which contains testimony from grand-jury proceedings, to be filed under seal.

Accordingly, it is **ORDERED** that the Government's Motion for Leave to File Exhibits Under Seal, ECF No. 69, is **GRANTED**. The Government may file under seal an unredacted version of Exhibit C to its response to Defendant's motion *in limine* regarding the victim's bias.

**This is not a final order and does not close the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 20, 2025